IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM KUKLA & MARY KUKLA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-4528 |
| WAL-MART STORES EAST, LP, | : | |

# ORDER

**AND NOW**, this 8th day of December, 2017, upon consideration of Plaintiffs' Motion to Remand (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is DENIED.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**